**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 09-cv-00024-CBS-KMT** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   August 17, 2009** | **Courtroom Deputy:**   Linda Kahoe |

MARY M. HULL, *et al.,*                                                       Curtis L. Kennedy

      Plaintiffs,

      v.

INTERNAL REVENUE SERVICE,                                         Carmen M. Banerjee
UNITED STATES DEPARTMENT OF TREASURY,

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:       9:13 a.m.**
Court calls case.  Appearances of counsel.  *Also present is plaintiff Mary M. Hull.*

Discussion and arguments regarding Defendant's Motion to Dismiss the Complaint.

To the extent that the court determines that additional briefing is required or appropriate, the court will issue an order setting a briefing schedule.  To the extent that court determines that the Motion should be decided based on the briefs and the arguments presented today, it will rule on the motion.

Defendant's Motion to Dismiss the Complaint (doc #[10], filed March 13, 2009) is taken under advisement.

HEARING CONCLUDED.

**Court in recess**:        **11:10 a.m.**
Total time in court:     01:57

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.